# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| **JAMES W. HOEKSTRA, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **Case number 4:08CV0267 TCM** |
| ) | |
| **CITY OF ARNOLD, MISSOURI, a** ) | |
| **municipal corporation, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## PARTIAL DISMISSAL ORDER

In accordance with the memorandum and order entered this date and incorporated herein,

**IT IS HEREBY ORDERED** that the claims of Plaintiffs James W. Hoekstra and Kara L. Hoekstra are **DISMISSED**.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of February, 2009.