MOTION:
Granted ✓
Denied
Overruled
Date
[signature] 2/17/09

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

JAMES W. HOEKSTRA, *et al.*,   )
　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs,　　　　)
　　　　　　　　　　　　　　　)　Case no. 4:08-CV-00267 TCM
vs.　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　)
CITY OF ARNOLD, MISSOURI, *et al.*, )
　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　)

## DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO PLAINTIFFS' FIRST AMENDED COMPLAINT (BY CONSENT)

Defendants the City of Arnold, Missouri ("Arnold"), Mark Powell, Paul Vinson, William A. Moritz, Phil Amato, Alfred Ems, Randy Crisler, John Brazeal, Joyce Deckman, Claude Cooley, Robert Shockey, Steve Musial, William Bonsack, Jeremy Christopher, and American Traffic Solutions, Inc. ("ATS") (collectively "Defendants"), by and through counsel for ATS, hereby move this Court for an Order granting Defendants an additional nine (9) days, up to and including February 27, 2009, to file their responsive pleadings to Plaintiffs' First Amended Complaint and state in support as follows:

1.　On or about February 3, 2009, this Court ruled on Defendants' Motions to Dismiss.

2.　That ruling granted in part and denied in part those motions, allowing certain Counts of the First Amended Complaint to stand against certain Defendants, and dismissing other Plaintiffs and Counts.