UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY KILPER, ) | |
| RAN SERVICE CO., INC., and ) | |
| CHRISTINE C. SCHORR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case number 4:08cv0267 TCM |
| ) | |
| CITY OF ARNOLD, MISSOURI, a ) | |
| municipal corporation, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Memorandum and Order filed this date,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of defendants City of Arnold, American Traffic Solutions, Inc., Mark Powell, Paul Vinson, William A. Moritz, Phil Amato, Alfred Ems, Randy Crisler, John Brazeal, Joyce Deckman, Claude Cooley, Robert T. Shockey, Steve Musial, William Bonsack, and Jeremy Christopher and against plaintiffs Timothy J. Kilper, Ran Service Co., Inc., and Christine C. Schorr on all federal claims (Counts I through VI of the first amended complaint).

        /s/ Thomas C. Mummert, III
       THOMAS C. MUMMERT, III
       UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of July, 2009.